UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-cv-23642-RNS

ORQUIDEA LOPEZ,

    Plaintiff,

v.

COMPASS GROUP USA, INC.,

    Defendant.
_____/

## AGREED MOTION TO COMPEL ARBITRATION AND STAY CASE

Plaintiff, Orquidea Lopez ("Lopez") and Defendant, Compass Group USA, Inc. ("Compass"), hereby file this Agreed Motion to Compel Arbitration and Stay Case and respectfully state as follows:

1. On June 4, 2019, Lopez agreed to the Arbitration Agreement for Associates, as a part of which she agreed to submit any dispute arising out of or relating in any way to her employment to binding arbitration (the "Arbitration Agreement"). A copy of the Arbitration Agreement is attached hereto as Exhibit 1.[1]

2. On or about October 15, 2021, Lopez filed the instant lawsuit against Compass, alleging race, color and national origin discrimination and retaliation in violation of Title VII and the Florida Civil Rights Act.

3. Upon presenting counsel for Lopez with the Arbitration Agreement, she has agreed that this matter is subject to the Arbitration Agreement and that this Court should compel arbitration of Lopez's claims, and stay the case.

---

[1] Lopez requested and signed the Spanish version of the Arbitration Agreement. A copy of the English version is also attached for Court's reference.

4.      Given the parties' agreement that this case is subject to binding arbitration and that arbitration should be compelled, as well as the overwhelming legal precedent favoring arbitration under these circumstances, this court should grant the parties' agreed motion and compel arbitration.

WHEREFORE, the parties respectfully request the entry of an Order: (1) compelling arbitration; and (2) staying the case pending the outcome of arbitration.

Dated: November 5, 2021                                        Respectfully Submitted,

By:   */s/Nathaly Saavedra*
     Nathaly Saavedra
     Fla. Bar No. 118315
     nathaly@peregonza.com
     Peregonza The Attorneys, PLLC
     1414 NW 107th Ave, Suite 302
     Doral, FL 33172
     Telephone (786) 650-0202
     Facsimile (786) 650-0200
     *Attorney for Plaintiff*

By:   */s/Steven A. Siegel*
     Steven A. Siegel
     Fla. Bar No. 0497274
     ssiegel@fisherphillips.com
     FISHER & PHILLIPS LLP
     450 East Las Olas Boulevard
     Suite 800
     Ft. Lauderdale, FL 33301
     Telephone: (954) 525-4800
     Facsimile (954) 525-8739
     *Attorneys for Defendant*